UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                            No. 24 crim 650 (LTS)

JEAN CARLOS BURGOS,

                Defendant.
------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**ORDER**

It is ORDERED that the defendant, Jean Carlos Burgos, who pleaded guilty today to violating 21 USC §§ 846, 841(a)(1), 841(b)(1)(B), is hereby remanded to the custody of the United States Marshal under 18 USC § 3143(a)(2) pending sentencing.

Dated: New York, New York
        May 21, 2025

                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge