

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 1, 2025

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. Jean Carlos Burgos*, S1 24 Cr. 650 (LTS)

Dear Chief Judge Swain:

The Government respectfully requests that the Court seal Exhibits A, B, C, and D attached to the Government's publicly filed sentencing memorandum in this case. (ECF 48). As described in the Government's letter, Exhibit A is a copy of Burgos's BOP housing records; Exhibit B is a copy of Burgos's BOP psychology records; Exhibit C is a copy of Burgos's BOP medical records; and Exhibit D is a copy of Burgos's BOP disciplinary records. Although Exhibits A, B, C, and D are judicial documents to which the presumption of public access attaches, *see United States v. Amodeo*, 44 F.3d 141, 146 (2d Cir. 1995), the Government respectfully submits that the presumption is outweighed by the countervailing interests of the defendant's privacy and the sensitivity of prison administration. *See United States v. Pabon*, No. 17 Cr. 312 (JPC), 2021 WL 603269, at *3 n.4 (S.D.N.Y. Feb. 16, 2021) (sealing "further content" of defendant's medical records based on defendant's privacy interests); *United States v. Monge*, No. 17 Cr. 611 (AT), 2020 WL 3872168, at *1 n.1 (S.D.N.Y. July 9, 2020) (sealing BOP medical records beyond publicly referenced portions of those records); *United States v. Davidson*, No. 15 Cr. 288 (RMB), 2022 WL 484829, at *4 (S.D.N.Y. Feb. 17, 2022) (granting government's motion to seal defendant's BOP medical records and BOP disciplinary records).

Page 2

Accordingly, the Government respectfully requests that the Court grant its motion to seal Exhibits A, B, C, and D attached to ECF 48.


Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

cc:    Counsel of Record (via ECF)



The foregoing request is granted for the reasons stated above. Counsel is directed to take hard copies of the referenced documents to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.
SO ORDERED.
10/2/2025
/s/ Laura Taylor Swain, Chief USDJ